# United States District Court
## Violation Notice
*Rev. 1/2019*

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CS82 | 9674253 | DAVID TREBBI | CS8 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense:** 02/21/2022
**Offense Charged:** ☒ USC — 18 USC 111
**Place of Offense:** Buckman Springs and Corral Canyon, Pine Valley, CALIFORNIA
**Offense Description; Factual Basis for Charge:** ASSAULTING/RESISTING AN OFFICER

### DEFENDANT INFORMATION

**Last Name:** CHINCHILLA
**First Name:** CARLOS

---

**APPEARANCE IS REQUIRED**
☒ A — If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
☐ B — If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

**PAY THIS AMOUNT AT** www.cvb.uscourts.gov

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: *Carlos G. Chi*

Original - CVB Copy
*9674253*

---

(For issuance of an arrest warrant or summons)

I state that on **FEBRUARY 21**, 20**22** while exercising my duties as a law enforcement officer in the **SOUTHERN** District of **CALIFORNIA**

SEE ATTACHED SUPPLEMENTAL STATEMENT OF PROBABLE CAUSE

---

The foregoing statement is based upon:
☐ my personal observation
☐ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

**Executed on:** 02/21/2022    Officer's Signature: [signed]

Probable cause has been stated for the issuance of a warrant.

**Executed on:** _____    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial driver's license; CMV = Commercial vehicle involved in incident